AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Northern District of Florida

| United States of America | ) |
|---|---|
| v. | ) |
| Austin James MCCASTLER II | ) Case No. |
| | ) 3:25mj86/ZCB |
| | ) |
| *Defendant(s)* | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __March 7, 2025__ in the county of __Escambia__ in the __Northern__ District of __Florida__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 21 U.S.C. Section 841(a)(1) | -Possession with Intent to Distribute Controlled Substances (Marijuana & Fentanyl) |
| Title 18 U.S.C. Section 922(g) | -Felon in Possession of a Firearm |

This criminal complaint is based on these facts:
See attached affidavit, which is incorporated herein by reference.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

ATF Special Agent Christopher J. Boland
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 3/11/2025

_____
*Judge's signature*

City and state: Pensacola, Florida

Zachary C. Bolitho, U.S. Magistrate Judge
*Printed name and title*

RCVD USDC FLND PN
MAR 11 '25 AM 10:33