**Case No. 3:25mj86/ZCB**

**AFFIDAVIT**

I, Christopher J. Boland, being duly sworn and deposed state as follows:

INTRODUCTION

1.    I am a Special Agent for the United States Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF). I am currently assigned to ATF Pensacola Field Office, and I have been employed as an ATF Special Agent since January 2017.  I have successfully completed the Criminal Investigator Training program (CITP) as well as the Special Agent Basic Training program (SABT).  Prior to becoming a Special Agent, I graduated from American Military University with a bachelor's degree in Homeland Security. I worked previously as a protective security specialist for a private military company and as an enlisted member of the United States Marine Corps.

2.    This affidavit is made in support of a Criminal Complaint against Austin James MCCASTLER II for violations of Title 18, United States Code, Section 922(g)(1), Felon in Possession of a Firearm, and Title 21, United States Code, Section 841(a), Possession with Intent to Distribute Controlled Substances, within the Northern District of Florida.

3.    The facts set forth in this affidavit are based on my personal participation in this investigation and from information provided by special agents,

RCVD USDC FLND PN
MAR 11 '25 AM10:34

detectives, and police officers from various federal, state, and local law enforcement agencies, as well as my experience, training, and background as an ATF Special Agent. Because this affidavit is being submitted solely for establishing probable cause to seek an arrest warrant for Austin James MCCASTLER II, I have not included every fact known to me concerning this investigation. I have set forth only the facts necessary to establish probable cause that Austin James MCCASTLER II committed the crimes as set forth below.

<u>OVERVIEW</u>

4.    On March 7, 2025, the Drug Enforcement Administration (DEA) and the Escambia County Sheriff's Office (ECSO) executed a judicially authorized search warrant at the residence of Austin James MCCASTLER II (hereinafter MCCASTLER II) in Pensacola, Florida (TARGET ADDRESS) after recent controlled purchases of methamphetamine at the TARGET ADDRESS.

5.    During the execution of the warrant, MCCASTLER II fired shots at a DEA Special Agent (SA). MCCASTLER II also barricaded himself inside the residence for a short time before fleeing out the front door on foot. MCCASTLER II was then able to get into a vehicle parked near the front porch, and he fled the scene.    A short vehicle pursuit ensued with law enforcement giving chase. MCCASTLER II was taken into custody after his vehicle was disabled, a short foot pursuit was undertaken, and MCCASTLER II was thereafter tased.

## PROBABLE CAUSE

6.      On March 7, 2025, federal, state, and local law enforcement officers (LEO) conducted knock and announcements at the front of the TARGET ADDRESS pursuant to a lawful search warrant. This included the use of a public address system (PA), which was utilized by law enforcement to announce the presence of the Sheriff's Office and the Drug Enforcement Administration multiple times. After approximately one minute, without receiving a response from the occupants of the TARGET ADDRESS, LEO conducted forced entry of the front door. As the door opened, LEO were able to see a juvenile male on the couch to the right, and a female holding an infant and exiting a bathroom to the left. LEO gave verbal commands for the individuals inside to exit. During this time, LEO heard what is described as a muffled gunshot (GUNSHOT #1). Immediately thereafter, the female (holding the infant) and three juveniles exited the residence in an expedited manner. The entry/arrest team entered the front room of the residence again announcing law enforcement's presence. MCCASTLER II could be heard yelling from a back room. LEO continued to announce, "This is the police," or words to that effect. MCCASTLER II stated, "I am locked and loaded! Get out of my house," or words to that effect. He then started to come out through the doorway but witnessed law enforcement and then retreated out of view. LEO believed MCCASTLER II to be armed and now barricaded. LEO began to exit the residence when another gunshot

was heard from the back bedroom of the TARGET ADDRESS (GUNSHOT #2). MCCASTLER was the only one present inside the residence at this time.

7.      As the initial announcements were being made at the front of the house, a DEA SA in the backyard witnessed MCCASTLER II, wearing red clothing, in the back bedroom window looking out at him. The DEA SA was clearly marked in his DEA tactical vest and gear. The SA addressed MCCASTLER II stating, "police with a warrant, go to the front of the house," or words to that effect. MCCASTLER II then disappeared into the house. Seconds later, the SA witnessed the back door of the residence open, close, and open again before hearing a gunshot (GUNSHOT #1) and seeing a cloud of dirt flying into the air within a few feet of the SA. MCCASTLER II had shot at the SA.

8.      Just seconds after the first gunshot, a member of the perimeter team witnessed MCCASTLER II open the side door facing west on North V Street. MCCASTLER II was wearing red shorts and a red t-shirt. When MCCASTLER II witnessed the LEO, he immediately closed the door. As the perimeter units in the rear of the TARGET ADDRESS pulled back, the second gunshot (GUNSHOT #2) was heard from inside the residence. LEO established a covered perimeter. Deputies then again utilized the personal address system in a marked ECSO vehicle to call MCCASTLER II out of the residence.

9.    As these announcements were made, LEO could partially see MCCASTLER II inside the residence.   MCCASTLER II kept his right hand outstretched from body, and his right hand was hidden behind a wall as though he was in possession of something.   MCCASTLER II then got on both knees and showed both hands to the LEO.   MCCASTLER II then disappeared behind the wall.   MCCASTLER II conducted this charade multiple times.   Several minutes later, MCCASTLER II closed the front door and began yelling.   MCCASTLER II then reopened the door, again with one arm outstretched and hidden behind the wall.   MCCASTLER II yelled to his wife "I love you" and "I am sorry!" MCCASTLER II then closed the door again.   One minute later, MCCASTLER II opened the door with a set of keys on a green lanyard in hand and began to sidestep toward a Dodge Durango in the front yard.   MCCASTLER II entered the passenger side and then quickly entered the driver seat before driving north on North V Street.

10.    ECSO deputies were able to quickly pursue.   Approximately one (1) mile north, at the intersection of West Fairfield Drive and North T Street, deputies conducted a Precision Immobilization Technique (PIT), and the vehicle chase ended. MCCASTLER II exited on foot and a short foot pursuit ensued before MCCASTLER II was tased  and arrested on state charges for fleeing and eluding and resisting without violence.

11.    During the search of the TARGET ADDRESS, the following items

were located, amongst other things:

    a.     American Tactical Omni Hybrid, AR-15, 5.56/.223 caliber rifle;

    b.     Walther, PPK, .380 caliber pistol;

    c.     Assorted live ammunition;

    d.     Two .223 spent cartridge casings;

    e.     Digital scale;

    f.     Multiple baggies of prepackaged narcotics, including suspected marijuana;

    g.     Suspected fentanyl pills;

    h.     Escambia County Corrections card for Austin MCCASTLER II;

    i.     See below images:





12.    The American Tactical rifle was located inside the front door of the TARGET ADDRESS, to the right on the floor where MCCASTLER II had been seen last before fleeing. This firearm also matched the caliber of the two (2) fired cartridge casings found inside the residence.   A review of MCCASTLER II's criminal history reveals approximately six (6) previous felony convictions, including, Possession of Cocaine (2007), Fleeing/Elude LEO in Patrol Vehicle (2009), Driving while License Suspended Third (2012), Fleeing/Elude LEO in Patrol Vehicle (2019), Battery on Officer or Firefighter (2020), and Driving while License Suspended Third (2024).

13.    An ATF Interstate Nexus Expert conducted a physical examination of the firearms found at the TARGET ADDRESS and determined the firearms were not manufactured in the State of Florida and therefore traveled in interstate and/or foreign commerce.

CONCLUSION

Based upon the above facts, I believe probable cause exists that Austin James MCCASTLER II committed a violation of Title 18, United States Code, Section 922(g)(1), and Title 21, United States Code, Section 841(a), on March 7, 2025, within in the Northern District of Florida.

I declare under penalty of perjury that the statements above are true and correct to the best of my knowledge and belief.

Christopher J. Boland
Special Agent
Bureau of Alcohol, Tobacco,
Firearms and Explosives

Sworn to and subscribed before me this 11th day of March, 2025, in Pensacola, Florida.

ZACHARY C. BOLITHO
United States Magistrate Judge