## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISION

**UNITED STATES OF AMERICA**

**v.**

**AUSTIN JAMES McCASTLER II**

_____/

**INDICTMENT**

3:25.cr.73/MCR

THE GRAND JURY CHARGES:

### COUNT ONE

On or about February 6, 2025, in the Northern District of Florida, the

defendant,

### AUSTIN JAMES McCASTLER II,

did knowingly and intentionally distribute a controlled substance, and this offense

involved 5 grams or more of methamphetamine, its salts, isomers, and salts of its

isomers.

In violation of Title 21, United States Code, Sections 841(a)(1) and

841(b)(1)(B)(viii), and Title 18, United States Code, Section 2.

### COUNT TWO

On or about February 19, 2025, in the Northern District of Florida, the

defendant,

Returned in open court pursuant to Rule 6(f)

4/15/2025

Date

United States Magistrate Judge

FILED USDC FLND PN
APR 15 25 PM 12:28

**AUSTIN JAMES McCASTLER II,**

did knowingly and intentionally distribute a controlled substance, and this offense

involved 5 grams or more of methamphetamine, its salts, isomers, and salts of its

isomers.

In violation of Title 21, United States Code, Sections 841(a)(1) and

841(b)(1)(B)(viii), and Title 18, United States Code, Section 2.

## COUNT THREE

On or about March 7, 2025, in the Northern District of Florida, the

defendant,

**AUSTIN JAMES McCASTLER II,**

did knowingly and intentionally possess with intent to distribute a controlled

substance, and this offense involved a mixture and substance containing a

detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide,

commonly known as fentanyl; and marijuana.

In violation of Title 21, United States Code, Sections 841(a)(1),

841(b)(1)(C), and 841(b)(1)(D).

## COUNT FOUR

On or about March 7, 2025, in the Northern District of Florida, the

defendant,

**AUSTIN JAMES McCASTLER II,**

2

in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, that is, possession with intent to distribute a controlled substance, as charged in Count Three of this Indictment, did knowingly possess a firearm, namely, an American Tactical Imports multi-caliber rifle.

In violation of Title 18, United States Code, Section 924(c)(1)(A)(i).

## COUNT FIVE

On or about March 7, 2025, in the Northern District of Florida, the defendant,

### AUSTIN JAMES McCASTLER II,

knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm and ammunition in and affecting interstate commerce, that is:

1. a. On or about May 6, 2008, **AUSTIN JAMES McCASTLER II** was convicted in the State of Florida of Possession of Cocaine;

   b. On or about August 28, 2009, **AUSTIN JAMES McCASTLER II** was convicted in the State of Florida of Fleeing/Attempting to Elude LEO;

3

c.      On or about April 12, 2021, **AUSTIN JAMES McCASTLER II** was convicted in the State of Florida of Fleeing/Eluding LEO in Patrol Veh with Siren and Lights Activated;

d.      On or about April 26, 2021, **AUSTIN JAMES McCASTLER II** was convicted in the State of Florida of Battery – on Officer or Firefighter; and

e.      On or about July 30, 2024, **AUSTIN JAMES McCASTLER II** was convicted in the State of Florida of Driving While Lic Susp Third or Subsq Conviction.

2.      For each of these crimes, **AUSTIN JAMES McCASTLER II** was subject to punishment by a term of imprisonment exceeding one year.

3.      Thereafter, **AUSTIN JAMES McCASTLER II** did knowingly possess a firearm, to wit, an American Tactical Imports multi-caliber rifle and a Walther .380 caliber pistol, and assorted ammunition.

4.      These firearms and ammunition had previously been transported in interstate commerce.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

## COUNT SIX

On or about March 7, 2025, in the Northern District of Florida, the

4

defendant,

**AUSTIN JAMES McCASTLER II,**

before and during a search for and seizure of property, to wit, controlled

substances, by a person authorized to make such search and seizure, knowingly did

destroy, damage, dispose of, and take any action, and attempted to do so, for the

purpose of preventing and impairing the Government's lawful authority to take

such property into its custody and control.

In violation of Title 18, United States Code, Section 2232(a).

## COUNT SEVEN

On or about March 7, 2025, in the Northern District of Florida, the

defendant,

**AUSTIN JAMES McCASTLER II,**

did knowingly and unlawfully attempt to murder Special Agent A, a Drug

Enforcement Administration Special Agent, and officer and employee of the

United States, while Special Agent A was engaged in and on account of the

performance of his official duties.

In violation of Title 18, United States Code, Sections 1114(a)(3) and 1113.

## COUNT EIGHT

On or about March 7, 2025, in the Northern District of Florida, the

defendant,

5

**AUSTIN JAMES McCASTLER II,**

did knowingly, unlawfully, and forcibly assault, resist, oppose, impede, and

interfere with Special Agent A, a Drug Enforcement Administration Special Agent

and officer and employee of the United States, while Special Agent A was engaged

in and on account of the performance of his official duties, and in the commission

of this act, the defendant used a deadly and dangerous weapon, to wit, a firearm.

In violation of Title 18, United States Code, Sections 111(a)(1) and 111(b).

## COUNT NINE

On or about March 7, 2025, in the Northern District of Florida, the

defendant,

**AUSTIN JAMES McCASTLER II,**

did knowingly discharge, use, and carry a firearm, that is, an American Tactical

Imports multi-caliber rifle, during and in relation to a crime of violence for which

he may be prosecuted in a court of the United States, that is, attempt to murder

Special Agent A, as charged in Count Seven of this Indictment, and assault Special

Agent A, as charged in Count Eight of this Indictment.

In violation of Title 18, United States Code, Section 924(c)(1)(A)(iii).

.

6

## CONTROLLED SUBSTANCE FORFEITURE

The allegations contained in Counts One, Two, and Three of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeiture pursuant to the provisions of Title 21, United States Code, Section 853.

From his engagement in the violations alleged in Counts One, Two, and Three, punishable by imprisonment for more than one year, the defendant,

### AUSTIN JAMES McCASTLER II,

shall forfeit to the United States, pursuant to Title 21, United States Code, Sections 853(a)(1) and 853(a)(2), all of his interest in:

A.      Property constituting or derived from any proceeds the defendant obtained directly or indirectly as the result of such violations.

B.      Property used in any manner or part to commit or to facilitate the commission of such violations.

If any of the property subject to forfeiture as a result of any act or omission of the defendant:

      i.      cannot be located upon the exercise of due diligence;

      ii.     has been transferred or sold to, or deposited with, a third person;

      iii.    has been placed beyond the jurisdiction of this Court;

      iv.     has been substantially diminished in value; or

7

v.    has been commingled with other property that cannot be

divided without difficulty,

it is the intent of the United States, pursuant to Title 21, United States Code,

Section 853(p), to seek forfeiture of any other property of said defendant up to the

value of the above forfeitable property.

## FIREARM FORFEITURE

The allegations contained in Counts Four, Five, and Nine of this Indictment

are hereby realleged and incorporated by reference.  Because the defendant,

## AUSTIN JAMES McCASTLER II,

knowingly committed the violations set forth in Counts Four, Five, and Nine of

this Indictment, any and all interest that the defendant has in the firearms and

ammunition involved in these violations is vested in the United States and hereby

forfeited to the United States pursuant to Title 18, United States Code, Section 924(d)(1).

A TRUE BILL:

_____

FOREPERSON

_____
MICHELLE SPAVEN
Acting United States Attorney

4/15/25
_____
DATE

_____
DAVID L. GOLDBERG
Assistant United States Attorney

_____
JESSICA S. ETHERTON
Assistant United States Attorney

9